United States District Court
District of Utah

| | |
|---|---|
| **Ryan Johnson**, <br>     Plaintiff, <br> v. <br> **Equifax Information Services, LLC**, <br>     Defendant. | Case No. 2:20cv00143DAK |

### Order of Dismissal

This cause coming on to be heard on this date upon the Stipulation of Dismissal with prejudice filed herein by Plaintiff Ryan Johnson and Defendant Equifax Information Services, LLC ("**Equifax**"), and the Court having examined said Stipulation and being fully advised in the premises, finds that this cause of action has been fully compromised and settled as between Plaintiff and Equifax only and that Plaintiff and Equifax have stipulated and agreed to dismissal of all claims against Equifax with prejudice, and that the court further finds that all fees and costs have been paid.

It is therefore ordered that all of Plaintiff's claims against Equifax, are hereby dismissed with prejudice.

Date: March 24, 2021

*[signature: Dale A. Kimball]*

Dale A. Kimball
U.S. District Court Judge

Service is being made electronically on
all ECF-registered counsel of record via
email generated by the court's ECF system.